IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Case No. 21-6088

**MILLANYO WOODY,** *Petitioner-Appellant*,

v.

**TUCKER, Warden**, *Respondent-Appellee*.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

_____

CONSENT MOTION TO AMEND THE RESPONSE BRIEF
OF RESPONDENT-APPELLEE

_____

The Warden filed his Opening Response Brief yesterday, Wednesday, January 10, 2024. However, a few minor errors were made that do not materially affect the brief, and that do not change the word count. Pursuant to Fourth Cir. L. R. 27(a), Counsel for Mr. Woody have graciously consented to the filing of an Amended Brief. Respondent-Appellee respectfully moves this Court to substitute the Amended Brief for its Opening Brief.

          Respectfully Submitted,

          ALAN WILSON
          Attorney General

DONALD J. ZELENKA
Deputy Attorney General

MELODY J. BROWN
Senior Assistant Deputy Attorney General
Fed. ID No. 07979

JULIANNA E. BATTENFIELD
Assistant Attorney General
Fed. ID No. 13441

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina  29211-1549
(803) 734-6305

ATTORNEYS FOR RESPONDENT-APPELLEE

By: /*s/ Julianna E. Battenfield*

January 11, 2024
Columbia, South Carolina

2